UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-000149-MOC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **HORACE ORVILLE ALLEN,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Return of Property Pursuant to Fed. R. Crim. P. 41(g) (#25) and defendant's Response to Motion for Return of Property (#26), which the court accepts *nunc pro tunc*. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Return of Seized Property (#25) is **DENIED**.

**IT IS FURTHER ORDERED** that defendant shall mail written correspondence to the United States Attorney's Office with contact information (name, address, phone number, and email address) for a designee who shall receive any of defendant's items that law enforcement might recover and that are not stolen, contraband, or of evidentiary value.

Signed: September 13, 2017



Max O. Cogburn Jr.
United States District Judge